

Israel Chavez <attorney@ichavezlaw.com>

# U.S. v. Saffell et al

**Israel Chavez** <attorney@ichavezlaw.com>                    Mon, Aug 3, 2026 at 3:31 PM
To: "Armijo, Maria (USANM)" <Maria.Armijo@usdoj.gov>
Cc: Celeste Martinez <staff1@ichavezlaw.com>, "Gutierrez, Jacquie (USANM)" <Jacquie.Gutierrez@usdoj.gov>

Hello Ms. Armijo:

This email serves to capture the points we discussed in the above matter.  In attendance was myself, Mr. Nava's mother, 4 sisters, and Mr. Nava's daughter, the Victim Advocate, FBI Agent De La Santos, and yourself.

By way of summary, I represent the Nava family as a victim advocate attorney in this case. We met with you as is their right under the Victim's Rights statute to better understand the Government's non opposition to the Defendant's motion for a new trial.   Please let me know if the government has decided its position regarding one of the victim's family members offering a statement at tomorrow's hearing. You indicated that you were unsure whether the government would oppose their request to be heard.

As mentioned, the victim's family is very disappointed and upset with the government's nonopposition to the motion for new trial.  This appears to be an extraordinary response, especially since you shared that in your 22 years as a federal prosecutor you have never filed such a response on behalf of the government.  You further mentioned that you were unaware of any colleague in your office filing a non opposition to a motion for a new trial. You also shared that you were unwilling to divulge who in the U.S. Attorney's office approved or supported this unusual and unprecedented strategy. You mentioned that Emil Kiehne would attend and be consulted on this matter from an appellate perspective.  I confirmed with you that on appeal the Defendant would, at best, be given a new trial. I expressed on behalf of the family their opposition to the Government giving up this fight without the appeal process. Further you shared that you were unsure whether the government would even defend the appeal and that they may even abandon the appeal.

In response to the family's questions about whether the government was prepared to go forward with a new trial, should it be ordered, you mentioned that there was no plan to proceed to trial as of right now. When asked whether the Government was prepared to go forward with sentencing if the Motion for new trial was denied, you shared that the Government's response already indicated they were not ready to proceed with sentencing either.
You also shared that the government did not have a sentencing recommendation as of now even though sentencing is set later this week. Further we discussed that the guideline range was 151-188 months but you did not indicate whether the government was going to request any sort of variance or sentence within the range.

Thank you for your willingness to file the Victim's impact statements with the Court before the motion hearing tomorrow. Should you decide not to file them you mentioned you would alert me so that I could provide to the Court. In any event, if they have not been filed before tomorrow's hearing, I plan to tender them to the Court at the hearing tomorrow.  I will get back to you ASAP about an interpreter.

Thank you,
Chávez

**Law Office of Israel Chávez**
P.O. Box 16028
Las Cruces, New Mexico 88004
Phone: (575) 312-6006
Fax: (575) 812-8057
www.ichavezlaw.com

The information contained in this e-mail message may be privileged and is confidential information intended only for the use of the recipient named above.  If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, any use, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone and destroy the original message from your electronic files.