

Israel Chavez <attorney@ichavezlaw.com>

## U.S. v. Embly / Mendoza

**Armijo, Maria (USANM)** <Maria.Armijo@usdoj.gov>             Wed, Aug 5, 2026 at 1:12 PM
To: "attorney@ichavezlaw.com" <attorney@ichavezlaw.com>
Cc: "Gutierrez, Jacquie (USANM)" <Jacquie.Gutierrez@usdoj.gov>

Mr. Chavez,

As the family's representative, given the Court's denial of the motion for mistrial, I wanted to make you aware that the office has decided to move for a dismissal of the case for similar reasons outlined in our response to the motion for mistrial.

Pursuant to 18 U.S.C. Sec. 3771(a)(5), the family has a right to confer with me regarding this decision. We intend to file the motion this afternoon given that sentencing is tomorrow. Will you please speak to the family and set up a time (ideally before 3 p.m.) so that they have an opportunity to speak to me prior to the filing. This can be telephonic.

I assume the Court will take the matter up tomorrow. The family has a right to be heard on the motion, and I obviously will not oppose that in any way.

In the event the Court denies our motion to dismiss, given the appellate issues we have identified, we will not oppose the defendant's continued release while the matter is on appeal. The family also has a right to confer with me about that decision as well. Assuming we are able to speak this afternoon, please let them know we can discuss that as well.

Thanks - Maria

**Maria Armijo**

Senior Litigation Counsel

United States Attorney's Office

District of New Mexico

Las Cruces Office

(575) 323-5276