

Israel Chavez <attorney@ichavezlaw.com>

## U.S. v. Embly / Mendoza

**Armijo, Maria (USANM)** <Maria.Armijo@usdoj.gov>                     Wed, Aug 5, 2026 at 2:27 PM
To: Israel Chavez <attorney@ichavezlaw.com>
Cc: "Gutierrez, Jacquie (USANM)" <Jacquie.Gutierrez@usdoj.gov>, Celeste Martinez <staff1@ichavezlaw.com>, Jeana Triste <casemanager@ichavezlaw.com>

We will check his schedule but he is in meetings.

**From:** Israel Chavez <attorney@ichavezlaw.com>
**Sent:** Wednesday, August 5, 2026 2:26 PM
**To:** Armijo, Maria (USANM) <Maria.Armijo@usdoj.gov>
**Cc:** Gutierrez, Jacquie (USANM) <Jacquie.Gutierrez@usdoj.gov>; Celeste Martinez <staff1@ichavezlaw.com>; Jeana Triste <casemanager@ichavezlaw.com>
**Subject:** Re: [EXTERNAL] Re: U.S. v. Embly / Mendoza

Please ask if he can attend by phone.

Thank you!

**Law Office of Israel Chávez**

P.O. Box 16028

Las Cruces, New Mexico 88004

Phone: (575) 312-6006

Fax: (575) 812-8057

www.ichavezlaw.com

The information contained in this e-mail message may be privileged and is confidential information intended only for the use of the recipient named above.  If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, any use, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone and destroy the original message from your electronic files.

On Wed, Aug 5, 2026 at 2:23 PM Armijo, Maria (USANM) <Maria.Armijo@usdoj.gov> wrote:

Mr. Chavez,

Mr. Ellison is out of the office (out of town) today attending meetings that are scheduled for today and tomorrow. But we will pass along your request that he be here to him.

Thanks - Maria

---

**From:** Israel Chavez <attorney@ichavezlaw.com>
**Sent:** Wednesday, August 5, 2026 2:08 PM
**To:** Armijo, Maria (USANM) <Maria.Armijo@usdoj.gov>
**Cc:** Gutierrez, Jacquie (USANM) <Jacquie.Gutierrez@usdoj.gov>; Celeste Martinez <staff1@ichavezlaw.com>; Jeana Triste <casemanager@ichavezlaw.com>
**Subject:** Re: [EXTERNAL] Re: U.S. v. Embly / Mendoza

Of course.

Ms. Armijo: On behalf of the family I am also requesting that First Assistant US Attorney Ryan Ellison, who I understand is the ultimate decision-maker in the office, be present at the meeting this afternoon.

Very Truly Yours,

-CHÁVEZ

**Law Office of Israel Chávez**

P.O. Box 16028

Las Cruces, New Mexico 88004

Phone: (575) 312-6006

Fax: (575) 812-8057

www.ichavezlaw.com

The information contained in this e-mail message may be privileged and is confidential information intended only for the use of the recipient named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, any use, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and destroy the original message from your electronic files.

On Wed, Aug 5, 2026 at 2:03 PM Armijo, Maria (USANM) <Maria.Armijo@usdoj.gov> wrote:

> That is fine – see you then.

> Thanks for responding.

**From:** Israel Chavez <attorney@ichavezlaw.com>
**Sent:** Wednesday, August 5, 2026 1:59 PM
**To:** Armijo, Maria (USANM) <Maria.Armijo@usdoj.gov>
**Cc:** Gutierrez, Jacquie (USANM) <Jacquie.Gutierrez@usdoj.gov>; Celeste Martinez <staff1@ichavezlaw.com>; Jeana Triste <casemanager@ichavezlaw.com>
**Subject:** [EXTERNAL] Re: U.S. v. Embly / Mendoza

Ms. Armijo:

This is an unprecedented revelation and I need time to discuss it with my clients. They will definitely want to confer with the government before you file your motion and we request appropriate time to do so. Will you delay filing to allow the family to consult?

I will call them now and try my very best to get to your office by 4 pm.

Very Truly Yours,

-CHÁVEZ

**Law Office of Israel Chávez**

P.O. Box 16028

Las Cruces, New Mexico 88004

Phone: (575) 312-6006

Fax: (575) 812-8057

www.ichavezlaw.com

The information contained in this e-mail message may be privileged and is confidential information intended only for the use of the recipient named above.  If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, any use, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone and destroy the original message from your electronic files.

On Wed, Aug 5, 2026 at 1:12 PM Armijo, Maria (USANM) <Maria.Armijo@usdoj.gov> wrote:

> Mr. Chavez,
>
> As the family's representative, given the Court's denial of the motion for mistrial, I wanted to make you aware that the office has decided to move for a dismissal of the case for similar reasons outlined in our response to the motion for mistrial.
>
> Pursuant to 18 U.S.C. Sec. 3771(a)(5), the family has a right to confer with me regarding this decision.  We intend to file the motion this afternoon given that sentencing is tomorrow.  Will you please speak to the family and set up

a time (ideally before 3 p.m.) so that they have an opportunity to speak to me prior to the filing.  This can be telephonic.

I assume the Court will take the matter up tomorrow.  The family has a right to be heard on the motion, and I obviously will not oppose that in any way.

In the event the Court denies our motion to dismiss, given the appellate issues we have identified, we will not oppose the defendant's continued release while the matter is on appeal. The family also has a right to confer with me about that decision as well.  Assuming we are able to speak this afternoon, please let them know we can discuss that as well.

Thanks - Maria

**Maria Armijo**

Senior Litigation Counsel

United States Attorney's Office

District of New Mexico

Las Cruces Office

(575) 323-5276