**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**No. 24-cr-62 MIS**

**COREY PATRICK SAFFELL,**
**CAESAR ENRIQUE MENDOZA,**
**and ROBERT EDWARD EMBLY,**

**Defendants.**

## ENTRY OF APPEARANCE

John C. Anderson of Holland & Hart LLP and enters his appearance as amicus curiae in the above action, and requests that he be served with copies of all papers and other documents filed in this action.

DATED August 13, 2026

Respectfully,

**HOLLAND & HART LLP**

*/s/ John C. Anderson*
By: ______________________________________

John C. Anderson
215 Lincoln Avenue, Suite 100
Santa Fe, New Mexico 87501
Tel: 505.988.4421
JCAnderson@hollandhart.com

**AMICUS CURIAE**

**CERTIFICATE OF SERVICE**

I certify that on August 13, 2026, I filed the foregoing electronically with the Clerk of Court using CM/ECF system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*/s/ John C. Anderson*
John C. Anderson

39076212_v1