**Armijo, Maria (USANM)**

**From:** Armijo, Maria (USANM)
**Sent:** Wednesday, August 5, 2026 2:03 PM
**To:** Israel Chavez
**Cc:** Gutierrez, Jacquie (USANM); Celeste Martinez; Jeana Triste
**Subject:** RE: [EXTERNAL] Re: U.S. v. Embly / Mendoza

That is fine – see you then.

Thanks for responding.

**From:** Israel Chavez <attorney@ichavezlaw.com>
**Sent:** Wednesday, August 5, 2026 1:59 PM
**To:** Armijo, Maria (USANM) <Maria.Armijo@usdoj.gov>
**Cc:** Gutierrez, Jacquie (USANM) <Jacquie.Gutierrez@usdoj.gov>; Celeste Martinez <staff1@ichavezlaw.com>; Jeana Triste <casemanager@ichavezlaw.com>
**Subject:** [EXTERNAL] Re: U.S. v. Embly / Mendoza

Ms. Armijo:
This is an unprecedented revelation and I need time to discuss it with my clients. They will definitely want to confer with the government before you file your motion and we request appropriate time to do so. Will you delay filing to allow the family to consult?
I will call them now and try my very best to get to your office by 4 pm.

Very Truly Yours,

-CHÁVEZ

**Law Office of Israel Chávez**
P.O. Box 16028
Las Cruces, New Mexico 88004
Phone: (575) 312-6006
Fax: (575) 812-8057
www.ichavezlaw.com

The information contained in this e-mail message may be privileged and is confidential information intended only for the use of the recipient named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, any use, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and destroy the original message from your electronic files.

On Wed, Aug 5, 2026 at 1:12 PM Armijo, Maria (USANM) <Maria.Armijo@usdoj.gov> wrote:

Mr. Chavez,

GOVERNMENT EXHIBIT 1

As the family's representative, given the Court's denial of the motion for mistrial, I wanted to make you aware that the office has decided to move for a dismissal of the case for similar reasons outlined in our response to the motion for mistrial.

Pursuant to 18 U.S.C. Sec. 3771(a)(5), the family has a right to confer with me regarding this decision. We intend to file the motion this afternoon given that sentencing is tomorrow. Will you please speak to the family and set up a time (ideally before 3 p.m.) so that they have an opportunity to speak to me prior to the filing. This can be telephonic.

I assume the Court will take the matter up tomorrow. The family has a right to be heard on the motion, and I obviously will not oppose that in any way.

In the event the Court denies our motion to dismiss, given the appellate issues we have identified, we will not oppose the defendant's continued release while the matter is on appeal. The family also has a right to confer with me about that decision as well. Assuming we are able to speak this afternoon, please let them know we can discuss that as well.

Thanks - Maria

**Maria Armijo**

Senior Litigation Counsel

United States Attorney's Office

District of New Mexico

Las Cruces Office

(575) 323-5276