**Armijo, Maria (USANM)**

| | |
|---|---|
| **From:** | Israel Chavez <attorney@ichavezlaw.com> |
| **Sent:** | Wednesday, August 5, 2026 9:52 PM |
| **To:** | Armijo, Maria (USANM) |
| **Subject:** | [EXTERNAL] Re: Meeting tomorrow |

Ms. Armijo:
The victims were not allowed to meet with the governments decision makers before the filing of the motion.

The meeting is set and we plan to meet with Mr Ellison at 815 tomorrow morning at the courthouse.

Goodnight.

**Law Office of Israel Chávez**
P.O. Box 16028
Las Cruces, New Mexico 88004
Phone: (575) 312-6006
Fax: (575) 812-8057
www.ichavezlaw.com

The information contained in this e-mail message may be privileged and is confidential information intended only for the use of the recipient named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, any use, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and destroy the original message from your electronic files.

On Wed, Aug 5, 2026 at 9:40 PM Armijo, Maria (USANM) <Maria.Armijo@usdoj.gov> wrote:

> Mr. Chavez,
>
> I have reviewed your motion and your assertions concerning Mr. Ellison's availability. As I mentioned in our meeting, Mr. Ellison was chairing a meeting at 4:00 p.m. today – out of town – and made himself available to meet with the family tomorrow at 8:15 a.m. In fact, he changed his plans and was driving back to Las Cruces early tomorrow morning specifically to meet with the family. However, your motion misrepresents what you knew at the time of your filing.
>
> Given the filing and the misrepresentations therein (the fact that a meeting was scheduled), I am assuming you no longer wish to meet with Mr. Ellison.



GOVERNMENT EXHIBIT 2

Please let me know if you still wish to meet.

**Maria Armijo**

Senior Litigation Counsel

United States Attorney's Office

District of New Mexico

Las Cruces Office

(575) 323-5276